UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| LEIGH ANN KARNELL, | Civil No. 08-4753 (JRT/AJB) |
| Plaintiff, | |
| v. | |
| TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICAL INDUSTRIES LTD, PAR PHARMACEUTICAL COMPANIES INC., IVAX CORPORATION, AND IVAX PHARMACEUTICALS INC., | **ORDER TO DISMISS WITHOUT PREJUDICE** |
| Defendants. | |

_____

Andrew L. Davick and Anthony J. Nemo, **MESHBESHER & SPENCE, LTD**, 1616 Park Avenue South, Minneapolis, MN 55404, for plaintiff.

Kim M. Schmid, Richard G. Morgan and Shane V. Bohnen, **BOWMAN & BROOKE LLP**, 150 South Fifth Street, Suite 3000, Minneapolis, MN 55402, for defendant Teva Pharmaceuticals USA, Inc., Ivax Corporation and Ivax Pharmaceuticals Inc.

This matter is before the Court on the stipulation of dismissal filed by the parties on October 20, 2010 [Docket No. 28].

**IT IS HEREBY ORDERED** that Defendants Teva Pharmaceuticals USA, Inc., Ivax Corporation and Ivax Pharmaceuticals, Inc. shall be **DISMISSED** from this matter with prejudice, with each party bearing its own costs, fees and expenses.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: October 26, 2010
at Minneapolis, Minnesota.

                                                  s/ John R. Tunheim
                                                  JOHN R. TUNHEIM
                                       United States District Judge